FILED - MQT
November 19, 2026 4:02 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MLC scanned by: MC 11/19/26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL FRANCIS SOHASKY,

Defendant.
_______________________________/

Case No.
Hon. Maarten Vermaat

**CLASS C MISDEMEANOR INFORMATION (Petty Offenses)**

**2:26-mj-87**
**Maarten Vermaat**
**U.S. Magistrate Judge**

The United States Attorney charges:

**COUNT 1**
**(Trespassing)**

On or about October 5, 2026, while on land held in trust by the United States for the benefit of the Hannahville Indian Community, in Menominee County, in the Northern Division of the Western District of Michigan, the defendant,

**MICHAEL FRANCIS SOHASKY,**

entered onto property owned and legally occupied by the Hannahville Indian Community after being told by the Hannahville Indian Community and its agents that he could not come onto that property.

18 U.S.C. § 13
18 U.S.C. § 1151
18 U.S.C. § 1152
Mich. Comp. Laws § 750.552(1)(a), (3)

**COUNT 2**
**(Trespassing)**

On or about November 14, 2026, while on land held in trust by the United States for the benefit of the Hannahville Indian Community, in Menominee County, in the Northern Division of the Western District of Michigan, the defendant,

**MICHAEL FRANCIS SOHASKY,**

entered onto property owned and legally occupied by the Hannahville Indian Community after being told by the Hannahville Indian Community and its agents that he could not come onto that property.

18 U.S.C. § 13
18 U.S.C. § 1151
18 U.S.C. § 1152
Mich. Comp. Laws § 750.552(1)(a), (3)

TIMOTHY VERHEY
United States Attorney

Date: 11-19-2026

HANNA L. RUTKOWSKI
Assistant United States Attorney